1016

Dan M. NEE, Collector of Internal Revenue for the Sixth Collection District, Appellant, v. FIRST NATIONAL COMPANY, a Corporation of Kansas City.

No. 10890.

Circuit Court of Appeals, Eighth Circuit.

March 29, 1937.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellant and certificate of clerk of District Court.

John O'CONNELL, Appellant, v. UNITED STATES of America.

No. 10793.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1937.

Lewis L. Drill, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., and James J. Giblin, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellant and stipulation of parties.

Fay Maxson NEELY, v. FIRST TRUST & SAVINGS BANK OF PASADENA.

Robert H. NEELY, v. FIRST TRUST & SAVINGS BANK OF PASADENA.

Nos. 8192, 8193.

Circuit Court of Appeals, Ninth Circuit.

May 17, 1937.

Frank J. McCarthy and Elizabeth Hensel, both of Los Angeles, Cal., for appellants.

Cruickshank, Brooke & Evans and James B. Boyle, all of Pasadena, Cal., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered order of District Court in each of above causes reversed, that a decree be filed and entered accordingly, and the mandates of this court herein issued forthwith.

O. P. SKAGGS COMPANY, Appellant, v. Dolores TIANGCO by Alberta Tiangco, Her Mother and Next Friend.

No. 10882.

Circuit Court of Appeals, Eighth Circuit.

March 23, 1937.

C. F. Connolly and Don J. Gross, both of Omaha, Neb., for appellant.

Sorensen, Kyle & Rein, of Lincoln, Neb., for appellee.

PER CURIAM.

Petition for allowance of appeal from order of District Court denied.